# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133447

GRAFF TRUCK CENTERS, INC.,
          Plaintiff-Appellee,

v

CITY OF FLINT,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133447
COA: 271361
Genesee CC: 05-082239-CK

On order of the Court, the application for leave to appeal the February 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

s0521